Jay T. Jambeck, SBN #226018
*jjambeck@leighlawgroup.com*
Mandy G. Leigh, SBN # 225748
*mleigh@leighlawgroup.com*
Damien B. Troutman, SBN # 286616
*dtroutman@leighlawgroup.com*
LEIGH LAW GROUP, P.C.
582 Market Street, Suite 905
San Francisco, CA 94104
Telephone: 415-399-9155
Facsimile: 415-795-3733

Attorney for Plaintiffs
TIDE RISING; A.P.,
a minor, by and through
his Guardian ad Litem; J.P.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIDE RISING, an unincorporated association of parents and guardians; A.P., a minor, by and through his Guardian ad Litem; J.P.<br><br>Plaintiffs,<br>v.<br><br>SEQUOIA UNION HIGH SCHOOL DISTRICT,<br><br>Defendant. | **Case No.**: 3:26-00987-TLT<br><br>**DECLARATION OF JAY T. JAMBECK REGARDING NOTICE** |

1

DECLARATION
(Case No. 3:26-00987)

I, Jay T. Jambeck, declare as follows:

1. I am a member of the State Bar of California and a Principal of Leigh Law Group, P.C., attorneys of record for Plaintiffs TIDE Rising and A.P. (a minor, by and through his Guardian ad Litem, J.P.) in this action. I have personal knowledge of the statements made herein, except where stated on information and belief, and if called upon to testify, I could do so competently.

2. On February 13, 2026 the Defendant was served with the summons and complaint.

3. On February 13, 2026, I emailed the entirety of the filings for the motion for temporary restraining order to the public email for the Board of Trustees of Sequoia Union High School District and to the email for the Superintendent of Sequoia Union High School District. Attached hereto as Exhibit A is a true and correct copy of my February 13, 2026 email.

4. On February 17, 2026, I emailed a copy of the Court's February 13, 2026 order to the public email for the Board of Trustees of Sequoia Union High School District and to the email for the Superintendent of Sequoia Union High School District. Attached hereto as Exhibit B is a true and correct copy of my February 13, 2026 email.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Dated:** February 19, 2026　　　　　　　　　　/s/ Jay T. Jambeck
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Jay T. Jambeck

2

DECLARATION
(Case No. 3:26-00987)