Outlook

## Tide Rising et al v. Sequoia Union High School District; Case No. 3:26-cv-00987-TLT

**From** Jay Jambeck <jjambeck@leighlawgroup.com>
**Date** Fri 2/13/2026 4:50 PM
**To** cleach@seq.org <cleach@seq.org>; board@seq.org <board@seq.org>

Please see below a link to filings in the above-referenced matter related to a Motion for a Temporary Restraining Order. If you are represented by counsel in this matter, please forward accordingly. If you have any issues with accessing the documents at the link, please advise.

https://www.dropbox.com/t/kpZoBCIrOiR0E2NX

-----



Jay T. Jambeck
Leigh Law Group, P.C.
San Francisco (main office)
582 Market Street, Suite 905
San Francisco, CA. 94104
415-399-9155
Fax: 415-795-3733


jjambeck@leighlawgroup.com
http://www.leighlawgroup.com