UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIDE RISING, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>SEQUOIA UNION HIGH SCHOOL DISTRICT,<br><br>        Defendant. | Case No.  26-cv-00987-TLT<br><br>**QUESTIONS FOR THE HEARING**<br>Re: Dkt. No. 14 |

I. **EQUITABLE OUTCOMES**

Both parties recognize that the District remains obligated to implement IEPs under IDEA and Section 504 plans regardless of school site.  Yet, the unique design of TIDE Academy—that is, its non-traditional structure and smaller learning environment—appears to provide distinctive benefits to students with disabilities which larger schools in the district cannot. Plaintiffs argue that the District fails to show that injunctive relief is not warranted because the District ignores "less discriminatory alternatives" to closure—such as, a parcel tax, bond issuance or a one-year delay.  ECF 40 at 1.

    A.    **To Both Parties:**

        a.    What are some alternative actions, if any, that the District may take to prevent the closure of Tide Academy?

        b.    Does Title II require the District to take these actions? Does Title II require the District to consider these actions? If so, what would that consideration look like in practice?

        c.    What remedy would students have if placement at a new school does exacerbate the student's educational challenges? What alternatives are

available to families who want more than pro forma compliance with an IEP or 504 plan?

The Court is currently scheduled to begin a trial on Monday, March 2, 2026, lasting through the end of the week. With another motion hearing in a different case already set for Tuesday, March 3, 2026 and given the Court's trial schedule, the Court found that moving this motion hearing to Thursday, March 5, 2026 would increase the amount of time available for the parties to address the Court. The parties are *invited* to respond to the Court's question in writing by **Noon, March 4, 2026**. Timely responding to the Court's questions will allow each side to have 20 minutes for argument and 5 minutes each for rebuttal.

IT IS SO ORDERED.

Dated: March 3, 2026

TRINA L. THOMPSON
United States District Judge