Jay T. Jambeck, SBN #226018
*jjambeck@leighlawgroup.com*
Mandy G. Leigh, SBN # 225748
*mleigh@leighlawgroup.com*
Damien B. Troutman, SBN # 286616
*dtroutman@leighlawgroup.com*
LEIGH LAW GROUP, P.C.
582 Market Street, Suite 905
San Francisco, CA 94104
Telephone: 415-399-9155
Facsimile: 415-795-3733

Attorney for Plaintiff
TIDE RISING,
an unincorporated association
of parents and guardians

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIDE RISING, an unincorporated association of parents and guardians; A.P., a minor, by and through their Guardian ad Litem, J.P., <br><br> Plaintiff, <br> v. <br><br> SEQUOIA UNION HIGH SCHOOL DISTRICT, <br><br> Defendant. | **Case No.: 3:26-cv-00987-TLT** <br><br> **NOTICE OF APPEAL** |

1

NOTICE OF APPEAL

**TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs-Appellants TIDE Rising, an unincorporated association of parents and guardians; A.P., a minor, by and through his Guardian ad Litem; and J.P. hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order Granting Motion to Dismiss and Denying Motion for Preliminary Injunction entered in this action on April 20, 2026 (Dkt. No. 62), and from the judgment entered thereon.

The order and judgment appealed from were entered by the Honorable Trina L. Thompson, United States District Judge.

This appeal is taken pursuant to 28 U.S.C. § 1291 (appeal from final judgment) and 28 U.S.C. § 1292(a)(1) (appeal from order denying preliminary injunction).

Dated: May 5, 2026

LEIGH LAW GROUP, P.C.

By: /s/ Jay T. Jambeck

_____
Jay T. Jambeck
*Attorney for Plaintiffs-Appellants*

2

NOTICE OF APPEAL