UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 3 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TIDE RISING, an unincorporated association of parents and guardians and A. P., a minor, by and through his Guardian ad litem J. P.,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>SEQUOIA UNION HIGH SCHOOL DISTRICT,<br><br>Defendant - Appellee. | No. 26-2998<br><br>D.C. No.<br>3:26-cv-00987-TLT<br>Northern District of California, San Francisco<br><br>ORDER |

Before: SILVERMAN and WARDLAW, Circuit Judges.

The motion (Docket Entry No. 4) for injunctive relief is denied. *See Feldman v. Ariz. Sec'y of State*, 843 F.3d 366, 367 (9th Cir. 2016) ("The standard for evaluating an injunction pending appeal is similar to that employed by district courts in deciding whether to grant a preliminary injunction."); *see also Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008) (defining standard for preliminary injunction in district court).

The existing briefing schedule remains in effect.