UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 19 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TIDE RISING, an unincorporated association of parents and guardians and A. P., a minor, by and through his Guardian ad litem J. P.,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>SEQUOIA UNION HIGH SCHOOL DISTRICT,<br><br>Defendant - Appellee. | No. 26-2998<br><br>D.C. No. 3:26-cv-00987-TLT<br>Northern District of California, San Francisco<br><br>ORDER |

Appellants did not file the opening brief by the due date. This appeal is therefore dismissed. *See* 9th Cir. R. 42-1.

This order becomes the mandate of the court in 21 days.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT